IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PAUL THOMAS SHAW | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-320 |
| JASPER COUNTY SHERIFF'S OFFICE, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Paul Thomas Shaw, a pretrial detainee currently confined at the Jefferson County Correctional Facility, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: Jasper County Sheriff's Office, Maurice Villasana, Sheriff Mitchell Newman and Christian Villasana.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting plaintiff's Motion to Voluntarily Dismiss (docket entry no. 6).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on September 22, 2020 (docket entry no. 7).

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 22nd day of October, 2020.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge